No. 90–857. DOGGETT v. UNITED STATES. C. A. 11th Cir. Certiorari granted. 

No. 90–985. BRAY ET AL. v. ALEXANDRIA WOMEN'S HEALTH CLINIC ET AL. C. A. 4th Cir. Certiorari granted. 

No. 90–584. SOUTHWEST MARINE, INC. v. GIZONI. C. A. 9th Cir. Certiorari granted limited to Question 3 presented by the petition. 

No. 90–1074. ESTELLE, WARDEN v. MCGUIRE. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted. 

No. 90–703. STEVENS v. OREGON ET AL. Ct. App. Ore. Certiorari denied. 

No. 90–787. FARR v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied. 

No. 90–845. MACDONALD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 90–854. DIESEN v. HESSBURG ET AL.; and
No. 90–1079. HESSBURG ET AL. v. DIESEN. Sup. Ct. Minn. Certiorari denied. Reported below: 455 N. W. 2d 446.

No. 90–862. WAINWRIGHT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 90–866. KASAL ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS LIQUIDATOR OF CITIZENS STATE BANK OF GIBBON. C. A. 8th Cir. Certiorari denied. 

No. 90–875. CARNIVAL CRUISE LINES, INC. v. GARAY; and
No. 90–1070. GARAY v. CARNIVAL CRUISE LINES, INC. C. A. 11th Cir. Certiorari denied. Reported below: 904 F. 2d 1527.

No. 90–885. MUNDI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.